Núm. 5853.—PUEBLO, apldo. v. NAZARIO, aplte.—C. D. San Juan. Julio 31, 1936.

Por los motivos consignados, en la opinión emitida con fecha de hoy en el caso criminal núm. 5854, *El Pueblo de Puerto Rico* v. *Leila Nazario de Martínez*, por asesinato, incidente de pobreza (ante p. 570), se revoca la resolución apelada de la Corte de Distrito de San Juan en el caso de epígrafe declarando sin lugar la segunda moción de la apelante, y se devuelve el caso para ulteriores procedimientos no inconsistentes con dicha opinión.

Los Jueces Asociados Sres. Córdova Dávila y Travieso no intervinieron.

Núm. 6433.—PUEBLO, apldo. v. DÁVILA, aplte.—C. D. Bayamón. Noviembre 21, 1936.

Apareciendo de la moción del Fiscal y certificación acompañada que el acusado en este caso falleció el día 30 de octubre próximo pasado, se decreta el archivo y sobreseimiento del mismo.

El Juez Presidente Sr. del Toro no intervino.

Núm. 6378.—PUEBLO, apldo. v. RIVERA, aplte.—C. D. San Juan. Diciembre 7, 1936.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vistas las dos mociones que anteceden con la asistencia de ambas partes y no apareciendo motivos suficientes para justificar la devolución del mandato ni la suspensión de la ejecución de la sentencia en la corte de distrito, no ha lugar a las órdenes solicitadas.